IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISON

| | |
|---|---|
| PATRICIA THOMPSON, <br><br> Plaintiff, <br><br> v. <br><br> RECEIVABLES MANAGEMENT PARTNERS, LLC D/B/A RMP SERVICES, LLC, <br><br> & <br><br> RADIUS GLOBAL SOLUTIONS, LLC, <br><br> & <br><br> ACCOUNT SERVICES COLLECTIONS, INC. <br><br> & <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> & <br><br> TRANS UNION, LLC. <br><br> Defendants. | Case No: 5:23-cv-431-OLG |

### NOTICE OF SETTLEMENT AS TO DEFENDANT RECEIVABLES MANAGEMENT PARTNERS, LLC

COMES NOW, Plaintiff Patricia Thompson, by and through the undersigned counsel, and gives notice to the court that a settlement has been reached between the Plaintiff and Defendant Receivables Management Partners, LLC d/b/a RMP Services, LLC ("RMP") in this matter.

1. Plaintiff and Defendant RMP have settled all matters in controversy in principle and are in the process of finalizing their settlement of this matter.

1

2. The parties expect to file a notice of voluntary dismissal with prejudice within the next 60 days as part of that settlement.

3. The parties request a stay of 60 days to allow the parties time in which to finalize the settlement agreement, procure all necessary signatures, and allow the parties adequate time to fulfill the terms of the settlement agreement in their entirety.

WHEREFORE the Plaintiff respectfully requests that the Court vacate all outstanding case deadlines and court dates and allow the parties 60 days in which to file a notice of voluntary dismissal as to RMP along with any other relief the Court deems just and proper.

Dated: May 3, 2023

Respectfully Submitted,

**HALVORSEN KLOTE**

By:   /s/ Joel Halvorsen

Joel S. Halvorsen, #67032
680 Craig Road, Suite 104
St. Louis, MO  63141
P: (314) 451-1314
F: (314) 787-4323
joel@hklawstl.com
*Attorneys for Plaintiff*