**FILED**
June 05, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____PT_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISON

| | |
|---|---|
| PATRICIA THOMPSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 5:23-cv-431-OLG |
| RECEIVABLES MANAGEMENT PARTNERS, LLC D/B/A RMP SERVICES, LLC, | ) |
| & | ) |
| RADIUS GLOBAL SOLUTIONS, LLC, | ) |
| & | ) |
| ACCOUNT SERVICES COLLECTIONS, INC. | ) |
| & | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) |
| & | ) |
| TRANS UNION, LLC. | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

ON THIS DAY came on to be heard the above-styled and numbered case. Counsel of record for Patricia Thompson has Filed a Notice of Dismissal in this matter. This Notice has asked the Court to dismiss all remaining claims against Trans Union, LLC with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

IT IS THEREFORE ORDERED that the Notice of Dismissal is GRANTED, and all remaining claims are to be dismissed with prejudice against Defendant Trans Union, LLC.

All relief not expressly granted in this Order is DENIED.

IT IS SO ORDERED.

Dated this ____5th____ day of ____June____, 2023

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE