**FILED**
October 12, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Tyler Martin_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISON

| | |
|---|---|
| PATRICIA THOMPSON, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | )<br>) Case No: 5:23-cv-431-OLG |
| RECEIVABLES MANAGEMENT PARTNERS, LLC D/B/A RMP SERVICES, LLC, ET. AL. | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT RADIUS GLOBAL SOLUTIONS, LLC

ON THIS DAY came on to be heard the above-styled and numbered case. Counsel of record for Plaintiff and Defendant have asked this Court to dismiss all claims against Defendant Radius Global Solutions, LLC with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS THEREFORE ORDERED that the Stipulation of Dismissal is GRANTED, and all claims are to be dismissed with prejudice against Defendant Radius Global Solutions, LLC.

All relief not expressly granted in this Order is DENIED.

IT IS SO ORDERED.

Dated this __12th__ day of __October__, 2023

_____
ORLANDO L. GARCIA
United States District Judge